**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 606 MAL 2021
:
Respondent    :
:
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
JAHMAES ZAIRE DATES,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.